UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8046-WM

UNITED STATES OF AMERICA

v.

SAQUEO ECOQUIS-XUM

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:     (561) 820-8777
Email:  RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

FILED BY KJZ D.C.

Feb 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 21-8046-WM |
| SAQUEO ECOQUIS-XUM | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 20, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: February 8, 2021

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over seventeen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Saqueo ECOQUIS-XUM committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about December 20, 2020, Saqueo ECOQUIS-XUM was arrested in Palm Beach County, Florida for DUI, and operating a motor vehicle without a valid license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Saqueo ECOQUIS-XUM is a native and citizen of Guatemala. Records further show that on or about December 19, 2005, Saqueo ECOQUIS-XUM was ordered removed. The Order of Removal was

executed on or about January 30, 2006, whereby Saqueo ECOQUIS-XUM was removed from the United States and returned to Guatemala.

5. Thereafter, Saqueo ECOQUIS-XUM re-entered the United States illegally and, on or about April 11, 2011, he was removed and returned to Guatemala for the second time.

6. A further review of the records shows that on or about February 11, 2011, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Saqueo ECOQUIS-XUM was convicted of two counts of aggravated battery (deadly weapon), case number 2010CF012290A.

7. Additional records show that in the United States District Court, Southern District of Florida, Saqueo ECOQUIS-XUM was convicted of the offense of illegal reentry of a deported alien in case number 11-80042-CR.

8. I scanned Saqueo ECOQUIS-XUM's fingerprints taken in connection with his December 20, 2020 arrest in Palm Beach County into the IAFIS system. The results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Saqueo ECOQUIS-XUM.

9. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Saqueo ECOQUIS-XUM filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Saqueo ECOQUIS-XUM obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

10.     Based on the foregoing, I submit that probable cause exists to believe that, on or about December 20, 2020, Saqueo ECOQUIS-XUM, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General, or the Secretary of the Department of Homeland Security, for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 in West Palm Beach, Florida this __8th__ day of February 2021.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE